IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARNELL LEON MITCHELL,

    Petitioner,

v.                                      Civil Action No. 3:16CV225

COMMONWEALTH, et al.,

    Respondents.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 7, 2016, the Court conditionally docketed the action. On June 27, 2016, the United States Postal Service returned the June 7, 2016 Memorandum Order to the Court because Darnell Leon Mitchell had apparently relocated. Since that date, Mitchell has not contacted the Court to provide a current address. Mitchell's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Mitchell.

                                                        /s/
                                            Robert E. Payne
Date: August 23, 2016          Senior United States District Judge
Richmond, Virginia